IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | CRIMINAL NO. 16-431 |
| : | |
| DEVAN L. EDWARDS | |

**ORDER**

AND NOW, this 17th day of September, 2018, upon consideration of the Government's Motion to Dismiss Count Nine of the Indictment as to defendant Devan L. Edwards, it is hereby

ORDERED

that Count Nine of Indictment No. 16-431 is DISMISSED.

BY THE COURT:

*[signature]*

THE HONORABLE ANITA B. BRODY
United States District Court Judge

*XC: Speedy Trial*

*Copies Ecmf _____ to:*

*Copies mailed 09-17-2018 to:*
*Devan L. Edwards, deft.*